DANIEL E. DRISCOLL, Respondent, v. LEONARD SHAPIRO, Appellant.— Judgment and order in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA GIAMBALVO, as Administratrix, etc., of ANGELO GIAMBALVO, Deceased, Respondent, v. WALLABOUT BASIN STORAGE & TERMINAL Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JACOB GREENBERG, Appellant, v. ALEXANDER H. ROSENBAUM, Respondent.— Order in so far as it denies plaintiff's motion to examine the defendant before trial and to require upon the examination the production of certain books and documents reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; the examination to proceed at the time and place to be designated in the order. The appeal from the order denying a resettlement of the order now reversed dismissed, without costs, in view of the disposition of the appeal from that order. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in Nineteenth Street (Barclay Street), Twenty-fifth Avenue (Hoyt Avenue), Twenty-first Avenue (Van Alst Avenue), Twenty-third Street (Hallett Street), Twenty-fourth Street (Howland Street), Crescent Street, Merchant Street, Twenty-seventh Street (Goodrich Street), Twenty-eighth Street (Chauncey Street), Twenty-ninth Street (Lawrence Street) and Thirty-first Street (Second Avenue), in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge by the Department of Plant and Structures and Approved by the Board of Estimate and Apportionment According to Law. HOYT AVENUE GARDENS, INC., and SAMUEL UNTERMYER, Appellants; THE CITY OF NEW YORK, Respondent.— Order granting respondent's motion to vacate notice of trial and denying appellants' motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Application of HOYT AVENUE GARDENS, INC., Petitioner, for a Peremptory Mandamus Order against ARTHUR J. W. HILLY, Corporation Counsel of the City of New York, Defendant, Directing Said ARTHUR J. W. HILLY, as Corporation Counsel of the City of New York, to Forthwith Serve upon All Parties or Their Attorneys Who Have Appeared in a Certain Proceeding Entitled: " In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in Nineteenth Street (Barclay Street), Twenty-fifth Avenue (Hoyt Avenue), Twenty-first Avenue (Van Alst Avenue), Twenty-third Street (Hallett Street), Twenty-fourth Street (Howland Street), Crescent Street, Merchant Street, Twenty-seventh Street (Goodrich Street), Twenty-eighth Street (Chauncey Street,) Twenty-ninth Street (Lawrence Street) and Thirty-first Street (Second Avenue), in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge by the Department of Plant and Structures and Approved by the Board of Estimate and Apportionment, According to Law," a Notice of Trial of Said Proceeding and to File a Note of Issue with the Clerk of the Supreme Court of Queens County in Which the Trial of Said Proceeding Is to Be Had, Pursuant to the Law in Such Case Made and Provided. HOYT AVENUE GARDENS, INC., Appellant; THE CITY OF NEW